UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

                 :

      VS. :

                               ORDER

Perry Boykins       :      CR. NO.  05-648(AET)

                 :

                 :

           The financial inability of the defendant to retain counsel having been established

by the Court, and the defendant not having waived the appointment of counsel,

           IT IS on this  27th day of March, 2017

           ORDERED that the Federal Public Defender for the District of New Jersey,

      Lisa Mack, AFPD  is hereby appointed to represent said defendant in this case until

further order of the Court.

                                    ANNE E. THOMPSON

                             UNITED STATES DISTRICT JUDGE

cc:  Federal Public Defender